IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES EARL SMITH                                                              PLAINTIFF

VS                              CASE NO. 06-CV-1035

SHERIFF CALVIN KNIGHTON;
CAPTAIN VICTOR REYNOLDS;
LT. DALANEY; and NURSE
PAULA MANESS                                                                  DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed on August 10, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 23). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motion for Summary Judgment should be and hereby is **granted in part** and **denied in part.** Defendants' summary judgment motion with respect to Plaintiff's claim that he was deprived of his property without due process of law is hereby granted. Therefore, this claim is dismissed with prejudice. Defendants' summary judgment motion with respect to Plaintiff's claim that he was denied adequate medical care is hereby denied. Therefore, this claim remains before the Court, along with Plaintiff's claim that excessive force was used against him.

IT IS SO ORDERED, this 27th day of August, 2007.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge